UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

AARON MAGALHAES and
BETH KIMMEL, on behalf of
themselves and all others similarly situated,

       Plaintiffs,                                    Case No. 20-cv-1333

       v.

PROAMPAC INTERMEDIATE, INC., *et. al.*

       Defendants

## OMNIBUS ORDER

On October 28, 2022, the parties filed their Joint Motion for Final Settlement Approval, ECF No. 44. Also on October 28, 2022, Plaintiffs filed their Unopposed Motion for Approval of Service Award, ECF No. 45, and Unopposed Motion for Approval of Attorneys' Fees and Costs, ECF No. 46.

This Court GRANTS the parties' Motions and ORDERS the following:

1. This case is certified for final disposition as a collective action under 29 U.S.C. § 216(b) and a class action under FED. R. CIV. P. 23.

2. Aaron Magalhaes and Beth Kimmel are appointed as Class Representatives.

3. Walcheske & Luzi, LLC as Class Counsel.

4. The Parties' Settlement Agreement and Release is a fair, reasonable, and adequate resolution of a *bona fide* wage dispute as it applies to the WWPCL Class and FLSA Collective and shall be binding upon the Parties.

5. The WWPCL Class Members' and FLSA Collective Members' released claims are hereby dismissed with prejudice.

6. The settlement payments to the Settlement Class Members are hereby approved. Defendants' counsel shall provide to Plaintiffs' counsel settlement checks for

distribution to the Settlement Class within thirty (30) calendar days of this Order. Plaintiffs' counsel shall distribute the settlement checks to the Settlement Class Members via U.S. Mail following receipt of the settlement checks from Defendants' counsel.

7. Settlement Class Members shall have one hundred and twenty (120) days from the date of issuance to cash their individual settlement checks, otherwise the individual settlement checks and amounts will revert to and be retained by Defendants.

8. Plaintiffs' unopposed request for approval of their attorneys' fees ($79,167.00) and case-related costs and settlement administration expenses ($7,859.00) is granted as fair and reasonable.

9. Plaintiffs' unopposed requests for approval of their service awards, each in the amount of $7,500.00, are granted as fair and reasonable.

Dated this 18th day of November, 2022

s/William C. Griesbach
William C. Griesbach, District Judge
United States District Court